UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Francisco Javier Quintero-Corral,

   Petitioner,

                ORDER ADOPTING THE
vs.                REPORT AND RECOMMENDATION

United States of America,

   Respondents.        Civ. No. 05-1823 (ADM/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

  Based upon the Findings and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

  1. That the Petitioner's application for Habeas Corpus relief under Title 28 U.S.C. §2241 [Docket No. 1] is construed to be a Motion to vacate his conviction and sentence pursuant to Title 28 U.S.C. §2255; and

  2. That the Clerk of Court is directed to transfer this action to the District of Arizona pursuant to Title 28 U.S.C. §§1406(a) and 1631.

                s/Ann D. Montgomery

                Ann D. Montgomery, Judge
                United States District Court

DATED: September 14, 2005
At Minneapolis, Minnesota